UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, INC., <br><br> Plaintiff, <br> v. <br><br> GUIFFRIDA GARDENS HOMEWONERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship, <br><br> Defendants. | Case No.: 13-CV-01860-LHK <br><br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for March 12, 2014, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file a Joint Case Management Statement by March 10, 2014, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: March 6, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge