UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, INC., an Illinois corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GIUFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship<br><br>　　　　　　Defendants. | Case No.: 13-CV-01860-LHK<br><br>ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE |

The Court continues the Case Management Conference scheduled for March 12, 2014 to July 16, 2014 at 2 p.m. The parties shall file a joint case management statement by July 9, 2014. The Court further continues the mediation deadline from May 1, 2014 to July 1, 2014.

**IT IS SO ORDERED.**

Dated: March 11, 2014

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge