```
 1   LOUIS H. CASTORIA (SBN 95768)
     WILSON, ELSER, MOSKOWITZ,
 2       EDELMAN & DICKER LLP
     525 Market Street, 17th Floor
 3   San Francisco, CA  94105
     Telephone:     (415) 433-0990
 4   Facsimile:     (415) 434-1370

 5   Attorneys for Plaintiff,
     EVANSTON INSURANCE COMPANY, INC.
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIUFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship,<br><br>Defendants. | Case No.:  CV 13-01860 BLF<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

WHEREAS, Evanston Insurance Company, Inc. ("Evanston") filed a Complaint for Declaratory Relief against Giuffrida Gardens Homeowners Association, Inc. and Five Star Windows on April 23, 2013;

WHEREAS, defendant Five Star Windows answered the Complaint on June 14, 2013;

WHEREAS, defendant Giuffrida Gardens Homeowners Association, Inc. answered the Complaint on July 30, 2013;

WHEREAS, on April 17, 2014 this case was reassigned to the Honorable Beth Labson Freeman for all further proceedings;

WHEREAS, this Court ordered a Case Management Conference to occur on May 13, 2014;

WHEREAS, the parties have reached a settlement of this case which is currently being reduced to a formal, multi-party settlement agreement and release; and

WHEREAS, counsel for Evanston, Giuffrida Gardens Homeowners Association, Inc., and Five Star Windows agree to a postponement of the case management conference;

THE PARTIES HEREBY STIPULATE AND AGREE, AND REQUEST THAT THE COURT ORDER, THAT:

1. The last date to file a Joint Case Management Statement is continued to May 29, 2014; and

4. The Case Management Conference is continued to a date on or after June 5, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Date:  April 29, 2014         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:      /s/ Louis H. Castoria
LOUIS H. CASTORIA
Attorneys for Plaintiff EVANSTON INSURANCE COMPANY, INC.

Date:  April 29, 2014         WILLOUGHBY, STUART & BENNING

By:      /s/ Ronald J. Cook
RONALD J. COOK
Attorneys for Defendant, FIVE STAR WINDOWS

Date:  April 29, 2014         MEREDITH, WEINSTEIN & NUMBERS, LLP

By:      /s/ Barron L. Weinstein
BARRON L. WEINSTEIN
SHANTI EAGLE
Attorneys for Defendant, GIUFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

The last date to file a Joint Case Management Statement is continued to May 29, 2014. The case management conference is continued to June 5, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Counsel for Evanston Insurance Company, Inc. is hereby ordered to give notice.

Dated:  April 30, 2014    _____

BETH LABSON FREEMAN
United States District Judge