LOUIS H. CASTORIA (SBN 95768)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Plaintiff,
EVANSTON INSURANCE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIUFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship,<br><br>Defendants. | Case No.:  CV 13-01860 BLF<br><br>**FURTHER STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

    WHEREAS, Evanston Insurance Company, Inc. ("Evanston") filed a Complaint for Declaratory Relief against Giuffrida Gardens Homeowners Association, Inc. and Five Star Windows on April 23, 2013;

    WHEREAS, defendant Five Star Windows answered the Complaint on June 14, 2013;

    WHEREAS, defendant Giuffrida Gardens Homeowners Association, Inc. answered the Complaint on July 30, 2013;

    WHEREAS, on April 17, 2014 this case was reassigned to the Honorable Beth Labson Freeman for all further proceedings;

    WHEREAS, this Court ordered a Case Management Conference to occur on June 5, 2014;

1  WHEREAS, the parties have reached a settlement of this case which is currently being
2  reduced to a formal, multi-party settlement agreement and release; and
3  WHEREAS, counsel for Evanston, Giuffrida Gardens Homeowners Association, Inc., and
4  Five Star Windows agree to, and hereby request, a further postponement of the case management
5  conference;
6  THE PARTIES HEREBY STIPULATE AND AGREE, AND REQUEST THAT THE COURT
7  ORDER, THAT:
8  1.  The last date to file a Joint Case Management Statement is continued to June 19,
9  2014; and
10  4.  The Case Management Conference is continued to a date on or after June 26, 2014,
11  at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Date:  May 27, 2014    WILSON, ELSER, MOSKOWITZ, EDELMAN
                                            & DICKER LLP


By:    /s/ Louis H. Castoria
          LOUIS H. CASTORIA
          Attorneys for Plaintiff EVANSTON INSURANCE
          COMPANY, INC.

Date:  May 27, 2014    WILLOUGHBY, STUART & BENNING


By:    /s/ Ronald J. Cook
          RONALD J. COOK
          Attorneys for Defendant, FIVE STAR WINDOWS

Date: May 27, 2014                    MEREDITH, WEINSTEIN & NUMBERS, LLP


By:     /s/ Barron L. Weinstein
        BARRON L. WEINSTEIN
        SHANTI EAGLE
        Attorneys for Defendant, GIUFFRIDA GARDENS
        HOMEOWNERS ASSOCIATION, INC.

# [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

The last date to file a Joint Case Management Statement is continued to June 19, 2014. The case management conference is continued to June 26, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Counsel for Evanston Insurance Company, Inc. is hereby ordered to give notice.

Dated: _____, 2014            _____
                                              JUDGE BETH LABSON FREEMAN