1  LOUIS H. CASTORIA (SBN 95768)
   WILSON, ELSER, MOSKOWITZ,
2      EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA  94105
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Plaintiff,
   EVANSTON INSURANCE COMPANY, INC.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

| EVANSTON INSURANCE COMPANY, INC., an Illinois corporation, | Case No.: CV 13-01860 BLF |
|---|---|
| Plaintiff, | **FURTHER STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |
| v. | |
| GIUFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship, | |
| Defendants. | |

19      WHEREAS, Evanston Insurance Company, Inc. ("Evanston") filed a Complaint for
20  Declaratory Relief against Giuffrida Gardens Homeowners Association, Inc. and Five Star
21  Windows on April 23, 2013;
22      WHEREAS, defendant Five Star Windows answered the Complaint on June 14, 2013;
23      WHEREAS, defendant Giuffrida Gardens Homeowners Association, Inc. answered the
24  Complaint on July 30, 2013;
25      WHEREAS, on April 17, 2014 this case was reassigned to the Honorable Beth Labson
26  Freeman for all further proceedings;
27      WHEREAS, this Court ordered a Case Management Conference to occur on June 26, 2014;
28

WHEREAS, the parties have reached a settlement of this case which is currently in the final stage of being reduced to a formal, multi-party settlement agreement and release; and

WHEREAS, counsel for Evanston, Giuffrida Gardens Homeowners Association, Inc., and Five Star Windows agree to, and hereby request, a further postponement of the case management conference;

THE PARTIES HEREBY STIPULATE AND AGREE, AND REQUEST THAT THE COURT ORDER, THAT:

1. The last date to file a Joint Case Management Statement is continued to July 10, 2014; and

2. The Case Management Conference be continued to a date on or after July 17, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Date:  June 19, 2014          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                          & DICKER LLP


                              By:      /s/ Louis H. Castoria
                                    LOUIS H. CASTORIA
                                    Attorneys for Plaintiff EVANSTON INSURANCE
                                    COMPANY, INC.

Date:  June 19, 2014          WILLOUGHBY, STUART & BENNING


                              By:      /s/ Ronald J. Cook
                                    RONALD J. COOK
                                    Attorneys for Defendant, FIVE STAR WINDOWS

Date:  June 19, 2014          MEREDITH, WEINSTEIN & NUMBERS, LLP


                              By:      /s/ Barron L. Weinstein
                                    BARRON L. WEINSTEIN
                                    SHANTI EAGLE
                                    Attorneys for Defendant, GIUFFRIDA GARDENS
                                    HOMEOWNERS ASSOCIATION, INC.

## [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

The last date to file a Joint Case Management Statement is continued to July 10, 2014. The case management conference is continued to July 17, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Dated: _____, 2014          _____
                                    JUDGE BETH LABSON FREEMAN