1  EDWARD P. GARSON (SBN 96786)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Plaintiff,
6  EVANSTON INSURANCE COMPANY, INC.

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11 | EVANSTON INSURANCE COMPANY, | Case No.: CV 13-01860 BLF |
   | INC., an Illinois corporation, | |
12 | | **FURTHER STIPULATION TO CONTINUE** |
   | Plaintiff, | **CASE MANAGEMENT CONFERENCE** |
13 | | **AND RELATED DEADLINES;** |
   | v. | **[PROPOSED] ORDER** |
14 | | |
   | GIUFFRIDA GARDENS HOMEOWNERS | |
15 | ASSOCIATION, INC., a California non-profit | |
   | mutual benefit corporation, and FIVE STAR | |
16 | WINDOWS, a California sole proprietorship, | |
   | | |
17 | Defendants. | |

18

19        WHEREAS, Evanston Insurance Company, Inc. ("Evanston") filed a Complaint for

20 Declaratory Relief against Giuffrida Gardens Homeowners Association, Inc. and Five Star

21 Windows on April 23, 2013;

22        WHEREAS, defendant Five Star Windows answered the Complaint on June 14, 2013;

23        WHEREAS, defendant Giuffrida Gardens Homeowners Association, Inc. answered the

24 Complaint on July 30, 2013;

25        WHEREAS, on April 17, 2014 this case was reassigned to the Honorable Beth Labson

26 Freeman for all further proceedings;

27        WHEREAS, a Further Stipulation to Continue Case Management Conference to August 21,

28 2014 was filed on July 10, 2014.

---
1
STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER
Case No. CV 13-01860 LHK

1    WHEREAS, this Court approved the Case Management Conference to be continued to
2    August 21, 2014;
3    WHEREAS, the parties have reached a settlement of this case which is still in the final
4    stage of being reduced to a formal, multi-party settlement agreement and release; and
5    WHEREAS, counsel for Evanston, Giuffrida Gardens Homeowners Association, Inc., and
6    Five Star Windows agree to, and hereby request, a further postponement of the case management
7    conference;
8    THE PARTIES HEREBY STIPULATE AND AGREE, AND REQUEST THAT THE COURT
9    ORDER, THAT:
10   1.    The last date to file a Joint Case Management Statement is continued to September
11   25, 2014; and
12   2.    The Case Management Conference is continued to a date on or after October 2,
13   2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Date:  August 13, 2014                WILSON, ELSER, MOSKOWITZ, EDELMAN
                                      & DICKER LLP


                              By:        /s/ Edward P. Garson
                                      EDWARD P. GARSON
                                      Attorneys for Plaintiff EVANSTON INSURANCE
                                      COMPANY, INC.


Date:  August 13, 2014                WILLOUGHBY, STUART & BENNING



                              By:        /s/ Ronald J. Cook
                                      RONALD J. COOK
                                      Attorneys for Defendant, FIVE STAR WINDOWS

Date:  August 13, 2014                        MEREDITH, WEINSTEIN & NUMBERS, LLP


                                  By:      /s/ Barron L. Weinstein
                                         BARRON L. WEINSTEIN
                                         SHANTI EAGLE
                                         Attorneys for Defendant, GIUFFRIDA GARDENS
                                         HOMEOWNERS ASSOCIATION, INC.

### [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

The last date to file a Joint Case Management Statement is continued to September 25, 2014.  The case management conference is continued to October 2, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.


Dated: _____, 2014         _____/s/ Beth Labson Freeman_____
                                              JUDGE BETH LABSON FREEMAN