EDWARD P. GARSON (State Bar No. 96786)
DANIEL MARSH (State Bar No. 284948)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GUIFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship,<br><br>Defendants. | Case No. 5:13-cv-01860-BLF<br>**ORDER DENYING AS MOOT REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE,** ~~[PROPOSED] ORDER~~<br><br>Judge:      Hon. Beth Labson Freeman<br>Hearing:   Case Management Conference<br>Date:       August 21, 2014<br>Time:       1:30 p.m.<br><br>Complaint Filed:   April 23, 2013<br>Trial Date:            May 11, 2015 |

Edward P. Garson requests a CourtCall telephonic appearance for the above-referenced proceeding and agrees to provisions of the Rule/Order/Procedure re CourtCall Telephonic Appearances.

Date: August 18, 2014              WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                DICKER LLP


                                   By:    */s/ Edward P. Garson*
                                          EDWARD P. GARSON
                                          DANIEL MARSH
                                          Attorneys for Plaintiff
                                          EVANSTON INSURANCE COMPANY, INC.

---

1

REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

Case No. 5:13-cv-01860-BLF

1255015v.1

## [PROPOSED] ORDER

The request to ~~It is hereby confirmed that Edward P. Garson will~~ appear via CourtCall telephonic appearance for the above-referenced Case Management Conference on August 21, 2014 at 1:30 p.m. is denied as moot in light of the Order continuing the Case Management Conference to October 2, 2014 that was issued pursuant to the parties' stipulation on August 13, 2014.

Dated: August 18, 2014

Beth Labson Freeman
United States District Judge
Northern District of California