```
EDWARD P. GARSON (SBN 96786)
DANIEL J. MARSH (SBN 284948)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370
```

Attorneys for Plaintiff,
EVANSTON INSURANCE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, INC., an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>GIUFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship,<br><br>        Defendants. | Case No.:  CV 13-01860 BLF<br><br>**FURTHER STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

WHEREAS, Evanston Insurance Company, Inc. ("Evanston") filed a Complaint for Declaratory Relief against Giuffrida Gardens Homeowners Association, Inc. and Five Star Windows on April 23, 2013;

WHEREAS, defendant Five Star Windows answered the Complaint on June 14, 2013;

WHEREAS, defendant Giuffrida Gardens Homeowners Association, Inc. answered the Complaint on July 30, 2013;

WHEREAS, on April 17, 2014 this case was reassigned to the Honorable Beth Labson Freeman for all further proceedings;

1     WHEREAS, a Further Stipulation to Continue Case Management Conference to October 2, 2014 was filed on August 13, 2014.

    WHEREAS, this Court approved the Case Management Conference to be continued to October 2, 2014;

    WHEREAS, the parties have reached a settlement of this case which is still in the final stage of being reduced to a formal, multi-party settlement agreement and release; and

    WHEREAS, counsel for Evanston, Giuffrida Gardens Homeowners Association, Inc., and Five Star Windows agree to, and hereby request, a further postponement of the case management conference;

THE PARTIES HEREBY STIPULATE AND AGREE, AND REQUEST THAT THE COURT ORDER, THAT:

    1.    The last date to file a Joint Case Management Statement is continued to November 6, 2014; and

    2.    The Case Management Conference is continued to a date on or after November 13, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Date: September 24, 2014    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    /s/ Edward P. Garson
EDWARD P. GARSON
DANIEL J. MARSH
Attorneys for Plaintiff EVANSTON INSURANCE COMPANY, INC.

Date: September 24, 2014    WILLOUGHBY, STUART & BENNING

By:    /s/ Ronald J. Cook
RONALD J. COOK
Attorneys for Defendant, FIVE STAR WINDOWS

Date: September 24, 2014                    MEREDITH, WEINSTEIN & NUMBERS, LLP


By:      /s/ Barron L. Weinstein
         BARRON L. WEINSTEIN
         SHANTI EAGLE
         Attorneys for Defendant, GIUFFRIDA GARDENS
         HOMEOWNERS ASSOCIATION, INC.

## [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

The last date to file a Joint Case Management Statement is continued to November 6, 2014. The case management conference is continued to November 13, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Dated: _____, 2014                    _____
                                                JUDGE BETH LABSON FREEMAN