1  EDWARD P. GARSON (SBN 96786)
2  DANIEL J. MARSH (SBN 284948)
   WILSON, ELSER, MOSKOWITZ,
3     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA  94105
   Telephone:    (415) 433-0990
5  Facsimile:    (415) 434-1370

6  Attorneys for Plaintiff,
   EVANSTON INSURANCE COMPANY, INC.

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                              **SAN JOSE DIVISION**
10

11 | EVANSTON INSURANCE COMPANY,        | Case No.:  CV 13-01860 BLF
12 | INC., an Illinois corporation,     |
                                         | **FURTHER STIPULATION TO CONTINUE
13 |            Plaintiff,               | CASE MANAGEMENT CONFERENCE
                                         | AND RELATED DEADLINES;
14 |     v.                              | [PROPOSED] ORDER**

15 | GIUFFRIDA GARDENS HOMEOWNERS
   | ASSOCIATION, INC., a California non-profit
16 | mutual benefit corporation, and FIVE STAR
   | WINDOWS, a California sole proprietorship,
17 |
   |            Defendants.
18

19

20       WHEREAS, Evanston Insurance Company, Inc. ("Evanston") filed a Complaint for

21 Declaratory Relief against Giuffrida Gardens Homeowners Association, Inc. and Five Star

22 Windows on April 23, 2013;

23       WHEREAS, defendant Five Star Windows answered the Complaint on June 14, 2013;

24       WHEREAS, defendant Giuffrida Gardens Homeowners Association, Inc. answered the

25 Complaint on July 30, 2013;

26       WHEREAS, on April 17, 2014 this case was reassigned to the Honorable Beth Labson

27 Freeman for all further proceedings;

28

                                         1
             STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER
                                                  Case No. CV 13-01860 LHK

WHEREAS, a Further Stipulation to Continue Case Management Conference to November 13, 2014 was filed on September 24, 2014.

WHEREAS, this Court approved the Case Management Conference to be continued to November 13, 2014;

WHEREAS, the parties have reached a settlement of this case which is still in the final stage of being reduced to a formal, multi-party settlement agreement and release; and

WHEREAS, counsel for Evanston, Giuffrida Gardens Homeowners Association, Inc., and Five Star Windows agree to, and hereby request, a further postponement of the case management conference;

THE PARTIES HEREBY STIPULATE AND AGREE, AND REQUEST THAT THE COURT ORDER, THAT:

1. The last date to file a Joint Case Management Statement is continued to December 11, 2014; and

2. The Case Management Conference is continued to a date on or after December 18, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Date: November 6, 2014          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:     /s/ Edward P. Garson
EDWARD P. GARSON
DANIEL J. MARSH
Attorneys for Plaintiff EVANSTON INSURANCE COMPANY, INC.

Date: November 6, 2014          WILLOUGHBY, STUART & BENNING

By:     /s/ Ronald J. Cook
RONALD J. COOK
Attorneys for Defendant, FIVE STAR WINDOWS

| | |
|---|---|
| Date: November 6, 2014 | MEREDITH, WEINSTEIN & NUMBERS, LLP |

By: _____/s/ Barron L. Weinstein_____
BARRON L. WEINSTEIN
SHANTI EAGLE
Attorneys for Defendant, GIUFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC.

### [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

The last date to file a Joint Case Management Statement is continued to December 11, 2014. The case management conference is continued to December 18, 2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Dated: ___Þ[ ç^{ à^¦Â___, 2014      _____/s/ Beth Labson Freeman_____
JUDGE BETH LABSON FREEMAN