MEREDITH, WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein, SBN: 067972
115 Ward Street
Larkspur, CA 94939
Telephone: (415) 927-6920
Facsimile: (415) 927-6929
Email: bweinstein@mwncov.com

*Attorneys for Defendant*
Giuffrida Gardens Homeowners Association, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, INC., an Illinois corporation | CASE NO.: 5:13-cv-01860-BLF |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE, [PROPOSED] ORDER** |
| v. | JUDGE: Hon. Beth Labson Freeman |
| GIUFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship, | HEARING: Case Management Conference December 18, 2014, 1:30 p.m. |
| Defendants. | COMPLAINT FILED: April 23, 2013 |
| | TRIAL DATE: May 11, 2015 |

Barron L. Weinstein requests a telephonic appearance for the above referenced proceeding and agrees to provisions of the Rule/Order/Procedure Re: Telephonic Appearances.

Respectfully Submitted,

DATED: *12-3-14*, 2014          MEREDITH, WEINSTEIN & NUMBERS, LLP

By _____
   Barron L. Weinstein

*Attorneys for Defendant*
Giuffrida Gardens Homeowners Association, Inc.

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

1

## ~~[PROPOSED]~~ ORDER

2
    It is hereby confirmed that Barron L. Weinstein will appear via telephonic appearance for

3
the above referenced proceeding, Case Management Conference, December 18, 2014, 1:30 p.m.

4
    IT IS SO ORDERED.

5

6

7
DATED: _____, 2014          By: _____

8
                                          United States District Judge
                                          Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

1

## PROOF OF SERVICE

2

*EVANSTON INSURANCE COMPANY, INC. VS. GIUFFRIDA GARDENS*
*HOMEOWNERS ASSOCIATION, INC. ET AL.*

3

CASE NO.: 5:13-CV-01860-BLF

4

    I am a citizen of the United States, over the age of 18 years and not a party to
the within action.  I am employed in the City of Larkspur, County of Marin, California,
and my business address is 115 Ward Street, Larkspur, California, 94939.

5

6

    On December 3, 2014, I served the following document(s):

7

- **REQUEST FOR TELEPHONIC APPEARANCE FOR CASE
  MANAGEMENT CONFERENCE
  (PROPOSED) ORDER**

8

9

    I served the document(s) on the interested parties in this action as follows:

10

11

| | |
|---|---|
| Louis Harrison Castoria<br>Wilson Elser Moskowitz Edelman &<br>Dicker LLP<br>louis.castoria@wilsonelser.com<br>amber.hager@wilsonelser.com<br>mike.lewis@wilsonelser.com | George Washington Dowell, IV<br>Ronald J. Cook<br>Willoughby Stuart & Bening, Inc.<br>gwd@wsblaw.net; dal@wsblaw.net<br>rjc@wsblaw.net; mhr@wsblaw.net |
| *Attorneys for Plaintiff:*<br>Evanston Insurance Company, Inc.<br>an Illinois corporation | *Attorneys for Defendant:*<br>Five Star Windows<br>a California sole proprietorship |

12

13

14

15

16

17

18

19

20

X____ By electronic means through the Court's Notice of Electronic Filing CM/ECF.

21

22

23

    I declare under penalty of perjury under the laws of the State of California that
the foregoing is true and correct.

24

    Executed on December 3, 2014, at Larkspur, California.

25

26

Charles D. Yeo

27

28