1  EDWARD P. GARSON (SBN 96786)
   DANIEL J. MARSH (SBN 284948)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:      (415) 434-1370
5
   Attorneys for Plaintiff,
6  EVANSTON INSURANCE COMPANY, INC.

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                    **SAN JOSE DIVISION**
10

11 | EVANSTON INSURANCE COMPANY, | Case No.:  CV 13-01860 BLF
   | INC., an Illinois corporation, |
12 |                                 | **FURTHER STIPULATION TO CONTINUE**
   |         Plaintiff,              | **CASE MANAGEMENT CONFERENCE**
13 |                                 | **AND RELATED DEADLINES;**
   |    v.                           | **[PROPOSED] ORDER**
14 |                                 |
   | GIUFFRIDA GARDENS HOMEOWNERS    |
15 | ASSOCIATION, INC., a California non-profit
   | mutual benefit corporation, and FIVE STAR
16 | WINDOWS, a California sole proprietorship,
17 |         Defendants.
18

19

20      WHEREAS, Evanston Insurance Company, Inc. ("Evanston") filed a Complaint for

21 Declaratory Relief against Giuffrida Gardens Homeowners Association, Inc. and Five Star

22 Windows on April 23, 2013;

23      WHEREAS, defendant Five Star Windows answered the Complaint on June 14, 2013;

24      WHEREAS, defendant Giuffrida Gardens Homeowners Association, Inc. answered the

25 Complaint on July 30, 2013;

26      WHEREAS, on April 17, 2014 this case was reassigned to the Honorable Beth Labson

27 Freeman for all further proceedings;

28

---
1
STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER
Case No. CV 13-01860 LHK

1  WHEREAS, a Further Stipulation to Continue Case Management Conference to December 18, 2014 was filed on November 6, 2014.

2  WHEREAS, this Court approved the Case Management Conference to be continued to December 18, 2014;

3  WHEREAS, the parties have reached a settlement of this case which has been reduced to a formal, multi-party settlement agreement and release; and

4  WHEREAS, the parties are anticipating the filing of a dismissal of this suit;

5  WHEREAS, counsel for Evanston, Giuffrida Gardens Homeowners Association, Inc., and Five Star Windows agree to, and hereby request, a further postponement of the case management conference;

THE PARTIES HEREBY STIPULATE AND AGREE, AND REQUEST THAT THE COURT ORDER, THAT:

1. The last date to file a Joint Case Management Statement is continued to February 12, 2015; and

2. The Case Management Conference is continued to a date on or after February 19, 2015, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Date: December 17, 2014            WILSON, ELSER, MOSKOWITZ, EDELMAN
                                   & DICKER LLP

                         By:       /s/ Edward P. Garson
                                   EDWARD P. GARSON
                                   DANIEL J. MARSH
                                   Attorneys for Plaintiff EVANSTON INSURANCE
                                   COMPANY, INC.

Date:  December 17, 2014                    WILLOUGHBY, STUART & BENNING


By:   /s/ Ronald J. Cook
RONALD J. COOK
Attorneys for Defendant, FIVE STAR WINDOWS

Date:  December 17, 2014                    MEREDITH, WEINSTEIN & NUMBERS, LLP


By:   /s/ Barron L. Weinstein
BARRON L. WEINSTEIN
SHANTI EAGLE
Attorneys for Defendant, GIUFFRIDA GARDENS
HOMEOWNERS ASSOCIATION, INC.

## [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

The last date to file a Joint Case Management Statement is continued to February 12, 2015. The case management conference is continued to February 19, 2015, at 1:30 p.m. in Courtroom 3 of the above-captioned Court.

Dated: _____, 2014        _____
                                    JUDGE BETH LABSON FREEMAN