EDWARD P. GARSON (State Bar No. 96786)
DANIEL MARSH (State Bar No. 284948)
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUIFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC., a California non-profit mutual benefit corporation, and FIVE STAR WINDOWS, a California sole proprietorship, <br><br> Defendants. | Case No. 5:13-cv-01860-BLF <br><br> **[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed:    April 23, 2013 <br> Trial Date:    May 11, 2015 |

Pursuant to the stipulation of the parties, it is hereby ORDERED that Plaintiff EVANSTON INSURANCE COMPANY, INC.'S Complaint as to defendants GUIFFRIDA GARDENS HOMEOWNERS ASSOCIATION, INC and FIVE STAR WINDOWS is DISMISSED with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

DATED: January 27, 2015

The Honorable Beth Labson Freeman
United States District Court Judge